## State of New York
### Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  April 23, 2015                518435
_____

In the Matter of CORY EPPS,
                    Petitioner,

        v

ALBERT PRACK, as Director of            MEMORANDUM AND JUDGMENT
    Special Housing and Inmate
    Disciplinary Programs,
                    Respondent.
_____

Calendar Date:  February 24, 2015

Before:  Peters, P.J., Garry, Rose and Lynch, JJ.

_____

        Cory Epps, Attica, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Jeffrey W. Lang of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating a prison disciplinary rule.

        After a sample of his urine twice tested positive for the presence of cannabinoids, petitioner was charged in a misbehavior report with drug use.  He was found guilty of the charge following a tier III disciplinary hearing, and the determination was affirmed on administrative appeal.  Petitioner thereafter commenced this CPLR article 78 proceeding.

        We confirm.  Substantial evidence, in the form of the misbehavior report, hearing testimony and positive urinalysis

test results, supports the determination of guilt (see Matter of Bussey v Commissioner of Corr. & Community Supervision, 120 AD3d 1471, 1472 [2014]; Matter of Hyzer v Fischer, 104 AD3d 983, 983 [2013]).  The request for urinalysis form and testimony of the correction officers involved further established that there was an unbroken chain of custody over the sample (see Matter of Bussey v Commissioner of Corr. & Community Supervision, 120 AD3d at 1472).  Petitioner's remaining contentions, to the extent they are properly before us, have been considered and found to be without merit.

Peters, P.J., Garry, Rose and Lynch, JJ., concur.


ADJUDGED that the determination is confirmed, without costs, and petition dismissed.




ENTER:


Robert D. Mayberger
Clerk of the Court